IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL ACTION NO. 6:09CR74 |
| § | |
| TONY HARRIS § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

On March 25, 2010, the Court referred the Petition Claiming an Interest in Property (document [#252](#)) filed by Jahangir Dardras and German Exclusive, Inc. Another Petition Claiming an Interest in Property (document [#262](#)) filed by Jahangir Dardras and German Exclusive, Inc. was referred on April 14, 2010. These ancillary forfeiture proceedings were referred to the undersigned for a hearing and proposed findings of fact and recommendations as to its disposition.

On September 23, 2010, Jahangir Dardras and German Exclusive, Inc. filed a Notice of Dismissal of Petitions Claiming an Interest in Property (document [#335](#)) and an Amended Notice of Dismissal of Petitions Claiming an Interest in Property (document [#336](#)). Dardras and German Exclusive, Inc. state that they choose to dismiss their petitions seeking an interest in the following vehicles: (1) a 2005 black Bentley Continental GT, bearing VIN SCBCR63WX5C027303; (2) a 2003 black BMW 745i, bearing VIN WBAGL63403DP64108; (3) a 2004 maroon Mercedes Benz CLK320, bearing VIN WDBTJ65J94F09376; and (4) a 2002 BMW 745Li, bearing VIN

1

WBAGN63442DR03732.  Petitioners assert that the Government is not opposed to dismissal of the petitions.

## Recommendation

It is recommended that the Petitions Claiming an Interest in Property (document #252 and #262) filed by Jahangir Dardras and German Exclusive, Inc. be dismissed.

Within fourteen days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings and recommendations of the magistrate judge.

A party's failure to file written objections to the findings, conclusions and recommendations contained in this Report within fourteen days after service shall bar that party from *de novo* review by the district judge of those findings, conclusions and recommendations and, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the District Court. *Douglass v. United Services Auto. Assn.*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

So **ORDERED** and **SIGNED** this **23** day of **September, 2010.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE