IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| v. | § | CRIM. ACTION NO. 6:09CR74 |
| TONY HARRIS | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of specified petitions claiming an interest in property in this case has been presented for consideration. The Report and Recommendation recommends that the Petitions Claiming an Interest in Property (document #252 and #262) filed by Jahangir Dardras and German Exclusive, Inc. be dismissed. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Petitions Claiming an Interest in Property (document #252 and #262) filed by Jahangir Dardras and German Exclusive, Inc. are **DISMISSED**.

**So ORDERED and SIGNED this 15th day of October, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**